**VIRGINIA:**

IN THE CIRCUIT COURT FOR THE CITY OF NORFOLK

| | |
|---|---|
| DALE BURTON GHOLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CL 12-1294 |
| ) | |
| IBARHIN FLORIN ) | |
| ) | |
| and ) | |
| ) | |
| FLORES BOYS TRUCK LINES, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING REMOVAL

TO: Hon. George E. Schaefer, Clerk
Norfolk City Circuit Court
100 St. Paul's Boulevard
Norfolk, VA 23510-2773

PLEASE TAKE NOTICE that Defendants Ibarhin Florin and Flores Boys Truck Lines, L.L.C., by counsel, have filed with the United States District Court for the Eastern District of Virginia, Norfolk Division, a Notice of Removal of this case to said United States District Court. A copy of that Notice is attached hereto. Pursuant to 28 U.S.C. §1446(d), no further action should be taken in state court unless and until the action is remanded.

IBRAHIN FLORIN and
FLORES BOYS TRUCK LINES, L.L.C.

By: _____
              Of Counsel

Stanley P. Wellman (VSB No.: 27618)
Dannel C. Duddy (VSB No.: 72906)
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
Post Office Box 70280
Richmond, Virginia 23255
Phone: (804) 747-5200
Fax:   (804) 747-6085

## CERTIFICATE

I hereby certify that a true copy of the foregoing Notice was mailed, postage prepaid, to Carlton F. Bennett, Esq., Bennett & Zydron, P.C., 120 South Lynnhaven Road, Suite 100, Virginia Beach, Virginia 23452, this 14th day of March, 2012.

_____
Dannel C. Duddy