IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DALE BURTON GHOLSON ,

  Plaintiff,

v.                              Case No. 2:12cv00142

IBARHIN FLORIN AND FLORES BOYS
TRUCK LINES, L.L.C. ,

  Defendants.

## NOTICE OF APPEARANCE

Danielle D. Giroux of the law firm of Harman, Claytor, Corrigan & Wellman, P.C. notes her appearance as co-counsel of record for Defendants Ibrahin Florin and Flores Boys Truck Lines, LLC.

                                  **IBRAHIN FLORIN AND FLORES
                                  BOYS TRUCK LINES, L.L.C.**

                                  By Counsel

/s/
Danielle D. Giroux
VSB No. 45401
Attorney for Ibrahin Florin and Flores Boys Truck Lines, L.L.C.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dgiroux@hccw.com

**C E R T I F I C A T E**

       I hereby certify that on the 16th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Carlton F. Bennett, Esq.
>C. Stewart Gill, Jr., Esq.
>Bennett and Zydron, P.C.
>P.O. Box 2577
>Virginia Beach, VA 23450

>                      /s/
>                      Danielle D. Giroux
>                      VSB No. 45401
>                      Attorney for Ibrahin Florin and Flores Boys Truck Lines, L.L.C.
>                      Harman, Claytor, Corrigan & Wellman
>                      P.O. Box 70280
>                      Richmond, Virginia 23255
>                      (804) 747-5200
>                      (804) 747-6085 – facsimile
>                      dgiroux@hccw.com