# BENNETT AND ZYDRON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

CARLTON F. BENNETT*
JOHN E. ZYDRON**
C. STEWART GILL, JR.
CHRISTOPHER L. DAUGHTRY

120 SOUTH LYNNHAVEN ROAD
SUITE 100
VIRGINIA BEACH, VIRGINIA 23452

POST OFFICE BOX 2577
VIRGINIA BEACH, VIRGINIA 23450-2577

TELEPHONE (757) 486-5454
TELEFAX (757) 486-8910

VIRGINIA BEACH, VIRGINIA 23452
(757)486-5454

NORTH CAROLINA
(800) 562-4657

WWW.BANDZLAW.COM

*Board Certified in Civil Trial Advocacy,
and also member of Florida Bar
**Also member of North Carolina Bar

May 25, 2012

The Honorable F. Bradford Stillman, Magistrate Judge
United States District Court
Eastern District of Virginia
U. S. Courthouse
600 Granby Street, Room 400
Norfolk, VA 23510

Re:   Dale Burton Gholson v. Ibrahin Florin and Flores Boys Truck Lines, L.L.C.
      USDC Case No.: 2:12-cv-142

Dear Judge Stillman:

Please allow this letter to confirm the parties agreement that the above-referenced case may be transferred to Magistrate Judge Douglas E. Miller for further proceedings and trial. The parties previously reached an oral agreement to transfer the case to Magistrate Judge Miller because the companion case, *Roy Tyler Tankard v. Ibrahin Florin, et al*, Case No.: 2:11-cv-583, is currently pending for trial before Judge Miller and for reasons of judicial economy.

Thanking you for your attention and assistance in this matter.

*C. Stewart Gill*
C. Stewart Gill, Jr., Esquire
Counsel for Plaintiff

*[signature]*
Stanley P. Wellman, Esquire
Counsel for Defendants