IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



FILED

JUL - 5 2012

CLERK, US DISTRICT COURT
NORFOLK. VA

DALE BURTON GHOLSON,

      Plaintiff,

v.

                                    Civil Action No.: 2:12cv142

IBRAHIN FLORIN,
and
FLORES BOYS TRUCK LINES, L.L.C.,

      Defendants.

## DISMISSAL ORDER

THIS DAY came the parties, by counsel, and represented to the Court that all matters in controversy between them herein have been settled, and on their joint motion, it is ORDERED that this action is DISMISSED AGREED WITH PREJUDICE. Pursuant to paragraph 10 of the Court's Rule 16(b) Scheduling Order in this case, the Court will retain jurisdiction for the purpose of enforcing the parties' settlement agreement.

ENTER: July 5, 2012

F. Bradford Stillman
United States Magistrate Judge

(Endorsements next page)

1

WE ASK FOR THIS:

Carlton F. Bennett, Esquire (VSB#:18453)
C. Stewart Gill, Jr. Esquire (VSB#: 42789)
BENNETT and ZYDRON, P.C.
120 South Lynnhaven Road, Suite 100
Virginia Beach, VA 23452
(757) 486-5454 (Telephone)
(757) 486-8910 (Facsimile)
cbennett@bandzlaw.com
sgill@bandzlaw.com
*Counsel for Plaintiff*


SEEN and AGREED:

Stanley P. Wellman, Esquire  (VSB#: 27618)
Danielle D. Giroux. Esquire (VSB#: 45401)
HARMON, CLAYTOR, CORRIGAN & WELLMAN
4951 Lake Brook Drive, Suite 100
Glen Allen, Virginia 23060
(804) 747-5200 Telephone
(804) 747-6085 Facsimile
swellman@hccw.com
dgiroux@hccw.com
*Counsel for the Defendants*