# BENNETT AND ZYDRON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

CARLTON F. BENNETT*
JOHN E. ZYDRON**
C. STEWART GILL, JR.
CHRISTOPHER L. DAUGHTRY

120 SOUTH LYNNHAVEN ROAD
SUITE 100
VIRGINIA BEACH, VIRGINIA 23452

POST OFFICE BOX 2577
VIRGINIA BEACH, VIRGINIA 23450-2577

TELEPHONE (757) 486-5454
TELEFAX (757) 486-8910

VIRGINIA BEACH, VIRGINIA 23452
(757)486-5454

NORTH CAROLINA
(800) 562-4657

WWW.BANDZLAW.COM

*Board Certified in Civil Trial Advocacy,
and also member of Florida Bar
**Also member of North Carolina Bar

July 3, 2012

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
U. S. Courthouse
600 Granby Street, Room 400
Norfolk, VA 23510

  Re: Dale Burton Gholson v. Ibrahin Florin and Flores Boys Truck Lines, L.L.C.
     USDC Case No.: 2:12-cv-142

Dear Mr. Galindo:

  Enclosed please find a Dismissal Order, which I ask that you please have entered with the Court in the above-referenced matter.

  Thanking you for your attention and assistance in this matter and with kind regards, I remain

       Very truly yours,

       BENNETT and ZYDRON, P.C.

      By: _C. Stewart Gill_
        C. Stewart Gill, Jr.

CSG,JR:rhr
Enclosures
cc: Danielle D. Giroux, Esquire
   James G. Hurley, Jr., Esquire
   Dale Burton Gholson